ACCEPTED
00
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 6:35:15 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00424-CV

IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/21/2015 6:35:15 PM
CHRISTOPHER A. PRINE
Clerk

IN THE MATTER OF $80,600.00

v.

STATE OF TEXAS

## MOTION TO WITHDRAW ADVISORY TO THE COURT

Now Comes, Regina Bacon Criswell, former counsel to Appellant, and files this Motion to Withdraw Advisory to the Court as follows:

This court requested the parties to clarify whether Appellant (1) intended to file a direct appeal of the trial court case number 1210228, (2) whether a new appellate case number should be created to be associated with the trial court case number 1210228, (3) whether a record needs to be filed and the parties should be allowed to file new briefs under this new appellate case number, and (4) whether Vikram Patel should be treated as a party to the appeal under this new appellate case number and should be provided notice to be able to respond to the issues raised.

The parties were ordered to respond within 10 days from the date of the notice on 9/9/2015 which was Saturday, September 19, 2015. Accordingly, because the deadline occurred on a Saturday, the deadline was extended to Monday, September 21, 2015. Appellant filed a motion to substitute counsel on Wednesday, September 16, 2015 after counsel for appellant did all of the work in the State court and in the

appeals court. However counsel for Appellant did not realize the motion had already been granted until after the Advisory had been filed.

Accordingly, undersigned counsel requests that the court not consider the Advisory filed on behalf of Appellant, and strike same from the record and only consider any additional filing made on behalf of Appellant's current counsel.

Respectfully submitted this the 21st day of September, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
 7803 Bent Briar
San Antonio, Texas 78250

By: */S/Regina Bacon Criswell*
 SBN: 01496580
 (210) 775-1155 (ofc)
 (210) 251-2071 (fax)
 *Attorney for Petitioner*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing will be served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Alan Curry/Dan McCrory          Via E-File
Appellate Division
Harris County, Texas

ShearerLegal@yahoo.com          Via E-File

 */S/Regina Bacon Criswell*
REGINA B. CRISWELL